# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| JONATHON R. CRIST,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | ) CAUSE NO.: 1:21-CV-209-JVB |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner<br>of the Social Security Administration,<br>　　　　Defendant. | )<br>)<br>)<br>) |

## ORDER

This matter is before the Court on a Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [DE 20] filed by Defendant on March 29, 2022.

Having reviewed the motion and noting the parties' agreement, the Court hereby **GRANTS** the Consent Motion for Reversal and Remand Pursuant to Sentence Fourt of 42 U.S.C. § 405(g) [DE 20]. The Commissioner's decision is **REVERSED** and **REMANDED** for further administrative proceedings.

On remand, this matter will be given a new hearing before a new Administrative Law Judge who will issue a new decision.

SO ORDERED on March 29, 2022.

　　　　　　　　　　　　　　　　　　　s/ Joseph S. Van Bokkelen
　　　　　　　　　　　　　　　　　　　JOSEPH S. VAN BOKKELEN, JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT